# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2019

Bridget M. McCormack,
Chief Justice

158523(31)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v                SC: 158523
                COA: 343258
                Oakland CC: 1995-137978-FC

SHIRIKIANA DRAPER,
    Defendant-Appellant.

_____/

   On order of the Court, the motion for reconsideration of this Court's April 2, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2019            

bl0722                 Clerk